AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEW JERSEY _____

CITIZENS FOR A BETTER LAWNSIDE, INC., WILLIA COLETRANE, ET AL.

V.

MARK K. BRYANT, JUANITA JOHNSON-CLARK, ET AL.

**JUDGMENT IN A CIVIL CASE**

Case Number: 05-CV-04286 (RBK)

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Judgment of No Cause for Action be entered in favor of Defendant **CLIFFORD STILL** and against Plaintiffs **CITIZENS FOR A BETTER LAWNSIDE, INC., WILLIA COLTRANE, ANTHONY ELZEY, CHARLES BUTLER, DEBRA BUTLER, WESLEY REID, GLORIA REID**; and,

Judgment in favor of Plaintiffs **CITIZENS FOR A BETTER LAWNSIDE, INC.** and against Defendant **BOROUGH OF LAWNSIDE** in the amount of $1.00 for **Compensatory Damages**, $10,000.00 for **Punitive Damages**; and,

Judgment in favor of Plaintiff **WILLIA COLETRANE** and against Defendant **BOROUGH OF LAWNSIDE** in the amount of $1.00 for **Compensatory Damages**, $2,500.00 for **Punitive Damages**; and,

Judgment in favor of Plaintiff **GLORIA REID** and against Defendant **BOROUGH OF LAWNSIDE** in the amount of $1.00 for **Compensatory Damages**, $2,500.00 for **Punitive Damages**.

May 27, 2008
Date

HON. ROBERT B. KUGLER

UNITED STATES DISTRICT JUDGE