IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
                                    :
CITIZENS FOR A BETTER               :
LAWNSIDE, Inc., et al.,             :
                                    :
            Plaintiffs,             :       Civil No. 05-4286 (RBK)
                                    :
      v.                            :       **ORDER**
                                    :
MARK K. BRYANT, et al.,             :
                                    :
            Defendants.             :
_____ :

**THIS MATTER** having been tried by Judge Robert B. Kugler in part with a jury and in part without a jury; and the jury having reached a separate verdict on the questions before it; and the Court having heard testimony and argument on the questions to be tried without a jury; and for the reasons expressed on the record this date;

**IT IS HEREBY ORDERED** that judgment is entered in favor of **DEFENDANTS** on Plaintiffs' claims under the Open Public Meetings Act, N.J.S.A. 10:4-6.

**IT IS FURTHER ORDERED** that the jury's advisory finding that the constitutional rights of Plaintiff Citizens for a Better Lawnside were violated when Alice Wood sent a warning letter from the Borough of Lawnside regarding a potential citation for a banner hanging on the porch of her business **IS HEREBY ADOPTED**.

The final issue regarding the Local Housing and Redevelopment Law, N.J.S.A. 40A:12A-1 is taken under advisement.

Dated:   5-27-2008                                  /s/ Robert B. Kugler
                                                                   ROBERT B. KUGLER
                                                                   United States District Judge