IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| CITIZENS FOR A BETTER LAWNSIDE, Inc., et al., | : : : : | |
| Plaintiffs, | : : | Civil No. 05-4286 (RBK) |
| v. | : : | **AMENDED ORDER** |
| MARK K. BRYANT, et al., | : : : | |
| Defendants. | : : | |

**THIS MATTER** having been tried by Judge Robert B. Kugler in part with a jury and in part without a jury; and the jury having reached a separate verdict on the questions before it; and the Court having heard testimony and argument on the questions to be tried without a jury; and for the reasons expressed on the record this date;

**IT IS HEREBY ORDERED** that judgment is entered in favor of **DEFENDANTS** on Plaintiffs' claims under the Open Public Meetings Act, N.J.S.A. 10:4-6.

**IT IS FURTHER ORDERED** that the jury's advisory finding that the constitutional rights of Plaintiff Citizens for a Better Lawnside were violated when Alice Wood sent a warning letter from the Borough of Lawnside regarding a potential citation for a banner hanging on the porch of her business **IS HEREBY ADOPTED** and judgment is entered in favor of Plaintiff Citizens for a Better Lawnside and against Defendant Borough of Lawnside **DECLARING** that Defendant Borough of Lawnside violated the constitutional rights of Plaintiff

Citizens for a Better Lawnside.

The final issue regarding the Local Housing and Redevelopment Law, N.J.S.A. 40A:12A-1 is taken under advisement.


Dated:   May 28, 2008                           /s/ Robert B. Kugler
                                         ROBERT B. KUGLER
                                         United States District Judge