IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| CITIZENS FOR A BETTER LAWNSIDE, Inc., et al., | : : : : | |
| Plaintiffs, | : : | Civil No. 05-4286 (RBK) |
| v. | : : | **ORDER** |
| MARK K. BRYANT, et al., | : : | |
| Defendants. | : : | |

**THIS MATTER** having come before the Court on application for judgment for a matter of law; and the Court having heard argument from counsel; and for the reasons expressed on the record on May 20. 2008;

**IT IS HEREBY ORDERED** that judgment as a matter of law is granted to Defendants Mark K. Bryant, Juanita Johson-Clark, Walter Lacey, Stephen Moore, Junious Stanton, Mary Ann Wardlow, and the Borough Council of Lawnside on **ALL CLAIMS.**

**IT IS FURTHER ORDERED** that judgment as a matter of law is granted to Defendant Clifford Still on Plaintiffs' First Amendment retaliation claims regarding the CD and the banner issue, but not the Reverend Rose Powell issue.

**IT IS FURTHER ORDERED** that judgment as a matter of law is granted to Defendant the Borough of Lawnside against Plaintiffs Willia Coltrane, Anthony Elzey, Charles Butler, Debra Butler, Wesley Reid, and Gloria Reid on Plaintiffs' First Amendment retaliation

claims regarding the banner issue.

**IT IS FURTHER ORDERED** that judgment as a matter of law is granted to Defendant the Borough of Lawnside against Plaintiffs Anthony Elzey, Charles Butler, Debra Butler, and Wesley Reid on Plaintiffs' First Amendment retaliation claims regarding the CD issue.

Dated:  5-27-2008          /s/ Robert B. Kugler
                           ROBERT B. KUGLER
                           United States District Judge