# DILWORTH PAXSON LLP
## LAW OFFICES

DIRECT DIAL NUMBER:
(215) 575-7783

Edward W. Chang
echang@dilworthlaw.com

June 30, 2008

**VIA FACSIMILE**
The Honorable Robert B. Kugler
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

      RE: **Citizens for a Better Lawnside, Inc. v. Mark K. Bryant, et al.**
            **U.S. District Court for the District of New Jersey – Camden Division**
            **Civil Action No. 05-4286 (RBK)**
            **Our File No.: 26607-78827**

Dear Judge Kugler:

      As Your Honor is aware, we represent the Defendants in the above-captioned matter (the "Litigation"). On May 28, 2008, Defendants, the Borough of Lawnside et al., filed a motion to Alter or Amend Judgment Pursuant to Federal Rule 59(e). The Motion Hearing date was set for July 7, 2008, with Plaintiff's response being due on June 24, 2008. However, Plaintiff did not file a response until June 27, 2008.

      To allow appropriate time to reply to Plaintiff's late filing, Defendants respectfully request that the Defendants' reply deadline be extended until July 11, 2008, and the Motion Hearing date be continued to a date thereafter.

      Your Honor's time and attention to this matter is greatly appreciated.

                          Respectfully yours,

                          Edward W. Chang

cc:    Francis P. Maneri, Esquire
        Jeffrey S. Nowak, Esquire (via email)
        H.E. Luke Lucas, Esquire (via email)

*So ORDERED this 1st day of July 2008*

*Robert B Kugler*
*USDJ*

3200 MELLON BANK CENTER • 1735 MARKET STREET • PHILADELPHIA PA 19103-7595
764358_1    (215) 575-7000 • FAX (215) 575-7200 • www.dilworthlaw.com

CHERRY HILL NJ    HARRISBURG PA    NEPTUNE NJ    WASHINGTON DC    WILMINGTON DE