# LAW OFFICES OF JEFFREY S. NOWAK

THE GREENS OF LAUREL OAK
1200 LAUREL OAK ROAD - SUITE 104
VOORHEES, NEW JERSEY 08043
856-783-6700
FAX: 856-783-9873
E-MAIL: JEFNWK@COMCAST.NET
WEBSITE: jeffnow.net

JEFFREY S. NOWAK, ESQ.*
*ALSO ADMITTED IN PA & NY

PENNSYLVANIA OFFICE:
THE WEATHERVANE PROFESSIONAL COMPLEX
95 ALMSHOUSE ROAD - SUITE 305
RICHBORO, PENNSYLVANIA 18954
215-364-3700
FAX: 215-364-3701

July 18, 2008

### *NOTICE OF INTENT TO WITHDRAW PLAINTIFFS' MOTION TO AMEND OR ALTER JUDGMENT UNDER F.R.C.P. 59(e)*

Hon. Robert B. Kugler, U.S.D.J.
U.S. District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
Room 6040
P.O. Box 889
1 John F. Gerry Plaza
Camden, NJ 08101

    Re: Citizens for a Better Lawnside, et. Al. vs. Mark K. Bryant, et. Al.,
    Civil Action No. 05-4286 (RBK)

Dear Judge Kugler:

    Pursuant to the agreement reached between Counsel Plaintiffs hereby withdraw their pending Motion to Alter or Amend Judgment under F.R.C.P. 59(e).

    Respectfully Submitted,
    Law Offices of Jeffrey S. Nowak

By: _____
    Jeffrey S. Nowak, Esq.
    H.E. Luke Lucas, Esq., pro hac vice
    *Counsel for Plaintiffs*

JSN:dn
Encl.
Cc:    Francis P. Maneri, Esq. and Edward W. Change, Esq. (via reg. mail and fax @ (215) 575-7200)